IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 MAY 24 PM 4: 29

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR155 |
| | ) | |
| vs. | ) | ORDER FOR WRIT |
| | ) | OF HABEAS CORPUS AD |
| KEITH PAGE, | ) | PROSEQUENDUM |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum (Filing No. 18) be issued as requested.

DATED this 24th day of May, 2007.

BY THE COURT:

_____
Laurie Smith Camp
United States District Judge

Writ issued 5/24/2007, copies to USA: USM